IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITA 4 LIFE, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>CYNOSURE, INC.,<br><br>                           Defendant. | Case No. 17-cv-11435<br><br>Hon. Denise J. Casper |
| PLASTIC SURGERY ASSOCIATES, S.C., a Wisconsin corporation, INFINITY SPA ORLANDO, LLC, a Florida corporation, GREEN CHRYSALIS ENTERPRISE, LLC d/b/a THE FACE PLACE, a Texas corporation, RENEW SKIN & LASER CENTERS, LLC d/b/a DERMACARE OF HAMPTON ROADS, a Virginia corporation, ARIZONA ADVANCED AESTHETICS, PLLC d/b/a ENHANCED IMAGE MED SPA, an Arizona corporation, ADVANCED HEALTH WEIGHT LOSS, S.C. d/b/a OPTIONS MEDICAL WEIGHT LOSS, an Illinois corporation, on behalf of themselves and all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>CYNOSURE, INC., a Delaware corporation,<br><br>                           Defendant. | Case No. 17-cv-11850<br><br>Hon. Denise J. Casper |

**MOTION FOR LEAVE FOR DANIEL J. KUROWSKI TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.2, Plaintiffs, Vita 4 Life, Inc., Plastic Surgery Associates, S.C., Infinity Spa Orlando, LLC, Green Chrysalis Enterprise, LLC d/b/a The Face Place, Renew Skin & Laser Centers, LLC d/b/a Dermacare of Hampton Roads, Arizona Advanced Aesthetics, PLLC d/b/a Enhanced Image Med Spa, Advanced Health Weight Loss, S.C. d/b/a Options Medical Weight Loss, and the undersigned counsel, a member of the bar of this Court and

counsel for Plaintiff in this action, hereby move this Court to admit attorney Daniel J. Kurowski of Hagens Berman Sobol Shapiro LLP, 455 N. Cityfront Plaza Dr., Suite 2410, Chicago, Illinois 60611, *pro hac vice* as counsel for Plaintiff in the above-captioned action. In support of this Motion, Plaintiff relies on the accompanying affidavit, which states the following:

1. Mr. Kurowski is a member of the bar of the State of Illinois;

2. Mr. Kurowski is a member in good standing of the bar of the State of Illinois where he is admitted to practice;

3. There are no disciplinary proceedings pending against Mr. Kurowski as a member of the bar in any jurisdiction; and

4. Mr. Kurowski is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Plaintiff and the undersigned counsel respectfully request that this Court admit Daniel J. Kurowski *pro hac vice* as counsel for Plaintiff.

Dated: November 16, 2017

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Lauren Guth Barnes*

Lauren Guth Barnes (BBO# 663819)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
lauren@hbsslaw.com

010674-11 997323 V1

- 3 -

## CERTIFICATE OF SERVICE

I, Lauren Barnes, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 16, 2017         /s/ Lauren Guth Barnes
                                 Lauren Barnes (BBO# 663819)

010674-11 997323 V1