# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITA 4 LIFE, INC., | |
| Plaintiff, | Case No. 17-cv-11435 |
| v. | Hon. Denise J. Casper |
| CYNOSURE, INC., | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

NOW COMES Attorney, Albert M. Bower, and hereby requests that this Honorable Court enter an Order granting him leave to withdraw as counsel for Defendant, Cynosure, Inc. (hereinafter, "Defendant"). In support thereof, Attorney Bower states:

1. On September 15, 2017, Albert M. Bower was granted leave to appear, *pro hac vice*, as counsel for Defendant, Cynosure, Inc., in this matter. (Dkt. #27).

2. Albert M. Bower's appearance in this matter is no longer required.

3. Granting the instant motion will not cause prejudice to the Court or to any party, and Defendant will have legal representation at all times in this matter.

WHEREFORE, Attorney, Albert M. Bower, respectfully requests that this Honorable Court enter an Order granting him leave to withdraw as counsel for Defendant, Cynosure, Inc.

Date: January 24, 2018

                                              Respectfully submitted,

                                  By:   /s/ Albert M. Bower
                                  Counsel for Defendant, CYNOSURE, INC.

Tamar Lanuza Hagopian
BBO #665538
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
hagopian@litchfieldcavo.com

Eric Samore
Albert Bower
Yesha Hoeppner
Kathryn Long
Ronald Balfour
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois   60601
(312) 894-3251
esamore@salawus.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 24, 2018, a true and correct copy of the foregoing **Motion to Withdraw as Counsel for Defendant** was filed with the Clerk of Court and served upon all attorneys of record via the Court's CM/ECF system.

Dated: January 24, 2018

                                                                     /s/ Albert M. Bower