# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITA 4 LIFE, INC., | |
| Plaintiff, | Case No. 17-cv-11435 |
| v. | Hon. Denise J. Casper |
| CYNOSURE, INC., | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

NOW COMES Attorney, Yesha Hoeppner, and hereby requests that this Honorable Court enter an Order granting her leave to withdraw as counsel for Defendant, Cynosure, Inc. (hereinafter, "Defendant"). In support thereof, Attorney Hoeppner states:

1. On September 26, 2017, Yesha Hoeppner was granted leave to appear, *pro hac vice*, as counsel for Defendant, Cynosure, Inc., in this matter. (Dkt. #29).

2. Yesha Hoeppner's appearance in this matter is no longer required.

3. Granting the instant motion will not cause prejudice to the Court or to any party, and Defendant will have legal representation at all times in this matter from other attorneys affiliated with SmithAmundsen LLC and Arnold & Porter.

WHEREFORE, Attorney, Yesha Hoeppner, respectfully requests that this Honorable Court enter an Order granting her leave to withdraw as counsel for Defendant, Cynosure, Inc.

Date: February 2, 2018

                                                            Respectfully submitted,

                                                      By:   /s/  Yesha Hoeppner
                                                      Counsel for Defendant, CYNOSURE, INC.

Tamar Lanuza Hagopian
BBO #665538
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
hagopian@litchfieldcavo.com

Eric Samore
Yesha Hoeppner
Kathryn Long
Ronald Balfour
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois  60601
(312) 894-3251
esamore@salawus.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 2, 2018, a true and correct copy of the foregoing **Motion to Withdraw as Counsel for Defendant** was filed with the Clerk of Court and served upon all attorneys of record via the Court's CM/ECF system.

Dated: February 2, 2018

                                                            /s/ Yesha Hoeppner