# Arnold & Porter

Anand Agneshwar
+1 212.836.8011 Direct
Anand.Agneshwar@arnoldporter.com

February 28, 2019

**VIA ECF**

Hon. Judge Denise J. Casper
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   *Vita4Life v. Cynosure, Inc.*, Case No. 1:17-cv-11435-DJC; *Plastic Surgery Associates, S.C. v. Cynosure, Inc.*, Case No. 1:17-cv-11850; *WBM Medical Associates, LLC v. Cynosure, Inc.*, Case No. 1:18-cv-11269-DJC (Cons.)

Dear Judge Casper:

    I write on behalf of Defendant Cynosure, LLC ("Cynosure") regarding Defendant's request for supplemental briefing in opposition to Plaintiffs' Motion for Class Certification to address discovery obtained by absent class members in the related *WBM Medical Associates* litigation. After further consideration of Plaintiffs' Motion, and in light of Plaintiffs' representation to Your Honor during the February 21 status conference that they are prepared to offer deposition dates for at least four *WBM* Plaintiffs, we do not believe that a supplemental brief is necessary to defeat class certification. Accordingly, we withdraw our request for a supplemental brief.

                                Respectfully Submitted,

                                  Anand Agneshwar

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

US:164496937v1