UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PLASTIC SURGERY ASSOCIATES, S.C.**
    Plaintiff(s)

v.        CIVIL ACTION NO. **17-11435-DJC**

**CYNOSURE, INC.**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Memorandum and Order dated 8/7/19, D. 139;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Cynosure, Inc.

Robert M. Farrell, Clerk

Dated:  August 7, 2019              /s/ Lisa M. Hourihan
                                    ( By ) Deputy Clerk